**FILED**

06/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0239

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 24-0239

MICHELLE H. POPE,

     Plaintiff/Appellant,

vs.

MONTANA DEPARTMENT OF
CORRECTIONS ; FEDERATION OF
MONTANA STATE PRISON
EMPLOYEES, LOCAL 4700,
MONTANA FEDERATION OF
PUBLIC EMPLOYEES,

     Defendant/Appellee.

**ORDER**

UPON MOTION of the Appellant, with no objection from the Appellee, and with good cause appearing;

IT IS HEREBY ORDERED that the deadline for the filing of Appellant's Opening Brief is extended, with the new deadline for filing being July 19, 2024.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 12 2024